

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00559-CR

**EX PARTE** Cecil **BURLEY**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: September 17, 2025

PETITION FOR WRIT OF HABEAS CORPUS DENIED

Relator filed a petition for writ of habeas corpus in which he asks this court to release him from confinement on bond. Relator is represented by trial counsel below; therefore, he is not entitled to hybrid representation. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's *pro se* habeas petition will be treated as presenting nothing for this court's review. *See id.*; *see also Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.—Houston [1st Dist.] 1994, orig. proceeding). Accordingly, relator's petition for writ of habeas corpus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. DC2022CR4667, styled *State of Texas v. Cecil Burley*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.